# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-2329

_____

| | | |
|---|---|---|
| Alvin Lee Banks, Sr., | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | |
| | * | |
| City of St. Louis; Martin Hilliard, | * | |
| Project 87, Inspector; Gwendolyn | * | Appeal from the United States |
| Cherry; Anne-Marie Clark; Robert T. | * | District Court for the |
| Harr; Jeff S. Jamieson; Waymon | * | Eastern District of Missouri. |
| Smith; Freeman Bosley, Jr.; Clarence | * | |
| Harmon; Kevin Dean; Valerie Mitchell; | * | [UNPUBLISHED] |
| Kevin Jones; Lee Bates; Julius | * | |
| Conners; Joyce Dreste; Darryl Nesbitt; | * | |
| Robert Miller; Valerie Johnson, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: April 4, 2000
Filed: April 14, 2000

_____

Before RICHARD S. ARNOLD, BOWMAN, and BEAM, Circuit Judges.

_____

PER CURIAM.

Alvin L. Banks, Sr. appeals the District Court's[1] order granting summary judgment to certain defendants, and dismissing the remaining defendants under Fed. R. Civ. P. 4(m), in his 42 U.S.C. § 1983 (Supp. III 1997) action; he also appeals the denial of his motion for reconsideration. Having carefully reviewed the record and the parties' briefs, we affirm for the reasons expressed by the District Court. See 8th Cir. R. 47B.

Banks's pending motions on appeal are denied.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Catherine D. Perry, United States District Judge for the Eastern District of Missouri.